**Ollie BROWN, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 26802.

Court of Criminal Appeals of Texas.

Jan. 13, 1954.

Garrett Middlebrook, Fort Worth, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for theft of property of over the value of fifty dollars, and his punishment was assessed at two years in the penitentiary.

Appellant has filed his motion stating under oath that he desires to dismiss his appeal.

The motion is granted and the appeal is dismissed.

Opinion approved by the court.